_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 10-2357 JST (FMOx)                                                              Date:  January 5, 2011

Title:  Ted Merianos, et al. v. Merry Chance Industries, Ltd., et al.

Present: The Honorable JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      (In Chambers)    **ORDER VACATING SCHEDULING CONFERENCE AND SETTING CASE MANAGEMENT DATES**

    On the Court's own motion, the Scheduling Conference set for hearing on January 10, 2011, is VACATED and taken off calendar, and the following dates are set.  The Court notes that the parties' trial time estimate is entirely off the mark and the parties should anticipate trying this case within the time estimate listed below. Counsel's attention is directed to the Court's Order on Jury Trial filed concurrently with this minute order.

| | |
|---|---|
| Last Day for Hearing on Motion to Add Parties and Amend Pleadings: | 04-11-11 |
| Discovery Cut-off (Fact and Expert): | 10-11-11 |
| Last Day to Conduct Settlement Proceedings: | 11-14-11 |
| Last Day for Law & Motion Hearings: | 11-28-11 |
| Final Pre-Trial Conference (1:30 p.m.): | 01-09-12 |
| Exhibit Conference (3:00 p.m.): | 01-20-12 |
| Jury Trial (9:00 a.m.): | 01-24-12 |
| Trial Estimate: | 10 Days |

                                                                                        Initials of Preparer:  enm